```
                                                                    FILED
              UNITED STATES DISTRICT COURT                        FEB 2 8 2007
                DISTRICT OF SOUTH DAKOTA
                    SOUTHERN DIVISION
```
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| RAINBOW PLAY SYSTEMS, INC., | \* | CIV. 06-4166 |
| | \* | CIV. 06-4191 |
| Plaintiff, | \* | |
| | \* | |
| v. | \* | |
| | \* | |
| BACKYARD VENTURES MANAGEMENT, LLC, BACKYARD VENTURES, INC., and BACKYARD VENTURES, LP d/b/a BACKYARD ADVENTURES, | \* | |
| | \* | |
| Defendants. | \* | ORDER RE: MOTIONS TO CONSOLIDATE |
| | \* | |
| RAINBOW PLAY SYSTEMS, INC., | \* | |
| Plaintiff, | \* | |
| v. | \* | |
| PLAYGROUND, INC. d/b/a LEISURE TIME PRODUCTS, | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiff Rainbow Play Systems, Inc., filed a motion to consolidate the two above-entitled related proceedings in both CIV. 06-4166 (Doc. 42) and CIV. 06-4191 (Doc. 27). Defendants Backyard Ventures Management, LLC, Backyard Ventures, Inc., and Backyard Ventures, LP d/b/a Backyard Adventures have filed a consent to Plaintiff's motion to consolidate in CIV. 06-4166 (Doc. 53). Defendant Playground, Inc. d/b/a Leisure Time Products filed a consent to Plaintiff's motion to consolidate in CIV. 06-4191 (Doc. 37). Since common questions of law and fact are involved, consolidation is appropriate under FED. R. CIV. P. 42(a). Accordingly,

IT IS ORDERED:

1. that the motions to consolidate are granted; and

2. that all future filings in both cases be made in CIV. 06-4166.

Dated this 28th day of February, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: *Shelly Margulies*
(SEAL)   (DEPUTY)